UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JANET M. ROHRSCHIEB,

    Plaintiff,

v.

                                Case No. 20-CV-1517

KILOLO KIJAKAZI,
Acting Commissioner for Social Security,

    Defendant.

## O R D E R

This matter is before the Court on the parties' Stipulated Motion For Remand For Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), and the Court being duly advised, now grants the motion.

It is hereby **ORDERED** that the Commissioner's decision is reversed and this case is remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge with instructions to proceed through the sequential disability evaluation process, reconsider the medical opinions as appropriate, and issue a new decision.

Dated at Milwaukee, Wisconsin, this 12th day of August, 2021.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge